UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                         :
SAMUEL JACKSON,                          :          07 CIV. 5630 (DLC)
                    Plaintiff,           :
                                         :          NOTICE OF INITIAL
         -v-                             :          PRETRIAL CONFERENCE
                                         :
THE CITY OF NEW YORK, DETECTIVE AISHAH   :
WILLIAMS, POLICE OFFICER JOHN DOE,       :
                                         :
                    Defendants.          :
                                         :
--------------------------------------- X

DENISE COTE, District Judge:

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED:  7·16·07         │
└─────────────────────────────┘
```

     This case has been designated an electronic case and has
been assigned to me for all purposes.  By the date of the initial
pretrial conference counsel for all parties are required to
register as filing users in accordance with the Procedures for
Electronic Case Filing.

     Counsel for all parties are directed to appear for an
initial pretrial conference with the Court, at the time and place
listed below.  Counsel are directed to confer with each other
prior to the conference regarding settlement and each of the
other subjects to be considered at Fed.R.Civ.P. 16 conference,
and to prepare a detailed written proposed schedule for any
motions and discovery.  Prior to the date of the conference, all
parties must send the Court one copy of all pleadings.

     If this case has been settled or otherwise terminated,
counsel are not required to appear, provided that a stipulation
of discontinuance, voluntary dismissal, or other proof of
termination is sent prior to the date of the conference via e-
mail to the Orders and Judgment Clerk at the following e-mail
address: orders_and_judgments@nysd.uscourts.gov.

     All conferences with the Court are scheduled for a specific
time; there is no other matter scheduled for that time; and
counsel are directed to appear promptly.  **All pretrial
conferences must be attended by the attorney who will serve as
principal trial counsel.**

     Requests for adjournment may be made only in a writing
received not later than two business days before the conference.
The written submission must (a) specify the reasons for the
adjournment, (b) state whether the other parties have consented,
and (c) indicate times and dates on succeeding Fridays when all
counsel are available.  Unless counsel are notified that the
conference has been adjourned it will be held as scheduled.

YOU ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS
ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE
COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF
SUCH NOTICE WITH THE COURT.   IF YOU ARE UNAWARE OF THE IDENTITY
OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY
OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE AND PLACE OF CONFERENCE: **SEPTEMBER 21, 2007**, AT
**12:30 P.M.** AT THE UNITED STATES COURT HOUSE, 500 PEARL STREET,
NEW YORK, NEW YORK, IN COURTROOM 11B.

SO ORDERED:

Dated:     New York, New York
           July 13, 2007

                                    _____
                                    DENISE COTE
                                    United States District Judge

2