

MICHAEL A. CARDOZO
*Corporation Counsel*



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVE STAVRIDIS
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

**MEMO ENDORSED**

September 4, 2007

**By Hand**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street – Room 1040
New York, New York 10007



Re: Jackson v. City of New York et al., 07 CV 5639 (DLC)

Your Honor:

  I am the Assistant Corporation Counsel representing defendant City of New York in the referenced action.[1] I am writing to request an extension of defendants' time to answer or otherwise respond to the complaint from September 4, 2007 to September 17, 2007. I have conferred with plaintiff's counsel and he has given his consent to the extension.

  The enlargement is needed because this office has not yet interviewed the police officer defendant in this case, Detective Aishah Williams, due to the fact that she has been on sick leave for the past three weeks. We have been advised that Detective Williams will be returning to work on or about September 10, 2007, at which time we could interview her for purposes of responding to the complaint.

  This is defendants' second request for an enlargement of time to respond to the complaint. The first request, which was made on July 2, 2007, extended defendants' time to respond to September 4, 2007. The initial conference for this case is scheduled for September 21, 2007 and so granting the extension will not serve to delay litigation.

  I thank the Court for its consideration to this request.

---

[1] As indicated herein, this office has not been able to meet with Detective Aishah Williams, the individual defendant named herein, and is therefore unable to state at this time whether it will be representing her in this matter.

- 2 -

Respectfully submitted,

*[signature]*

Steve Stavridis (SS4005)
Special Federal Litigation Division

cc:   Richard J. Cardinale, Esq. (By E-Mail w/attachment)
      Attorney for Plaintiff

- 2 -