```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SAMUEL JACKSON,                          :
                      Plaintiff,         :   07 CIV. 5630 (DLC)
                                         :
           -v-                           :   PRETRIAL
                                         :   SCHEDULING ORDER
THE CITY OF NEW YORK, DETECTIVE AISHAH   :
WILLIAMS, POLICE OFFICER JOHN DOE,       :
                                         :
                      Defendants.        :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on September 21, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **October 5, 2007**.

2. Plaintiff shall provide his release forms for criminal records to the defendants by **October 5, 2007**.

3. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **October 19, 2007**.

4. The parties are instructed to contact the chambers of Magistrate Judge Pitman prior to **November 2, 2007** in order to pursue settlement discussions under his supervision.

5. All discovery must be completed by **February 29, 2008**.

6. The Joint Pretrial Order must be filed by **March 28, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         September 25, 2007

                                  _____
                                         DENISE COTE
                                  United States District Judge