```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
SAMUEL JACKSON                       :
                                     :
                    Plaintiff,       :     07 Civ. 5630 (DLC)
                                     :
    -against-                        :     STIPULATION AND
                                     :     ORDER OF DISMISSAL
THE CITY OF NEW YORK, et al.         :
                                     :
                    Defendants,      :
                                     :
------------------------------------X

It having been reported to this Court that the above entitled action has been settled,

It is, on this 12TH. day of December, 2007.

ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within ninety (90) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated:  New York, New York
        December 12, 2007

CONSENTED TO:
Cardinale & Marinelli                    New York City Law Department

_____                  _____
By: Richard Cardinale, Esq.              By: Steve Stavridis, Esq.
Attorney for Plaintiff                   Attorney for Defendants

*The Clerk of Court shall close the case.*

Dated:  New York, New York
        December 14, 2007
                                         SO ORDERED:

                                         _____
                                         HON. Denise L. Cote
                                         United States District Judge