

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVE STAVRIDIS**
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

December 19, 2007

**By ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street – Room 1040
New York, New York 10007

    Re:  <u>Jackson v. City of New York et al.</u>, 07 CV 5639 (DLC)

Your Honor:

    I am the Assistant Corporation Counsel representing defendants in the referenced action. I am writing, with the consent of my adversary, to request that the Court so order the attached Stipulation of Settlement.

    I thank the Court for its assistance in getting this matter resolved.

    Respectfully submitted,

    Steve Stavridis (SS4005)
    Special Federal Litigation Division

cc:    Richard J. Cardinale, Esq. (By E-Mail w/attachment)
        Attorney for Plaintiff